■ HERBERT SCHRAGER et al., Respondents, v. CHARLOTTE BLANC et al., Appellants.— Motion to stay the assessment of damages granted on condition that appellants be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before September 1, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ SECURITY NATIONAL BANK OF LONG ISLAND, Respondent, v. COMPANIA ANONIMA DE SEGUROS et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ ROCHELLE SHAPIRO, Respondent, v. DAVID SHAPIRO, Appellant.— Motion by plaintiff wife to stay defendant husband from prosecuting his appeal until he pays the alimony and counsel fee as directed to be paid by the order appealed from. Motion denied, without costs. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ WILLIAM McK. SHONGUT, Appellant-Respondent, v. BENJAMIN MARGOLIS, Respondent-Appellant.— Motion by appellant-respondent for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ JAMES D. STAFFORD, Respondent, v. ST. CLARE'S HOSPITAL, Appellant, et al., Defendants.— Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before August 1, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ MARILYN STIGLIANO, Respondent, v. EDITH BROPHY, Appellant, et al., Respondent.— Motion by respondent Stigliano to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ MARIE TAVOLETTI, as Administratrix of the Estate of LIBERTO TAVOLETTI, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before September 1, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ BARBARA THACKABERRY, Respondent, v. LINDA SCHMIDT, Also Known as LINDA SHELLY, Appellant.— Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ WAVERLY CHEMICAL CO., INC., Respondent, v. GILBERT FORMAN, Appellant.— Motion to dismiss appeal denied, with leave to renew on the argument or submission of the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ WEST WILLOW REALTY CORP. et al, Respondents, v. ROBERT W. TAYLOR, Appellant.— Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ. JJ., concur.

■ SHIRLEY ZELONY, Respondent, v. MARTIN ZELONY, Appellant.— Motion for a stay of all proceedings denied, without costs. Motion to dismiss appeal denied, without costs, with leave to renew the motion on the argument of the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.